BLANK ROME LLP
Attorneys for Plaintiff
THE SHIPPING CORPORATION OF INDIA LTD.
Jeremy J. O. Harwood (JH 9012)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SHIPPING CORPORATION OF INDIA LTD., <br><br> Plaintiff, <br><br> -against- <br><br> JALDHI OVERSEAS PTE LTD., <br><br> Defendant. | 08 Civ. <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff THE SHIPPING CORPORATION OF INDIA LTD. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated: New York, NY
May 7, 2008

                                      BLANK ROME LLP
                                      Attorneys for Plaintiff
                                      THE SHIPPING CORPORATION OF INDIA, LTD.

                                      By _____
                                      Jeremy J. O. Harwood (JH 9012)
                                      The Chrysler Building
                                      405 Lexington Avenue
                                      New York, NY 10174-0208
                                      Tel.: (212) 885-5000
                                      Fax: (212) 885-5001

900200.00001/6636207v.1