**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Defendant
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE SHIPPING CORPORATION OF INDIA LTD.,

                Plaintiff,

    - against -

JALDHI OVERSEAS PTE LTD.,

                Defendant.

------------------------------------------------------------X

ECF CASE

08 Civ. 4328 (JSR)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)**

Jaldhi Overseas Ltd., by and through undersigned counsel, Law Offices of Rahul Wanchoo, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the sole purpose of seeking an Order dismissing the Verified Complaint and vacating the Ex Parte Order for Process of Maritime Attachment against defendant, Jaldhi Overseas Ltd.

Dated: New York, New York
       May 14, 2008

                                  **LAW OFFICES OF RAHUL WANCHOO**
                                  Attorneys for Defendant

                                  By: _/s/ Rahul Wanchoo_
                                      Rahul Wanchoo (RW-8725)