UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SHIPPING CORPORATION OF INDIA LTD.

               Plaintiff,

-against-

JALDHI OVERSEAS PTE LTD.,

               Defendant.

08 Civ. 4328 (JSR)

NOTICE OF MOTION

SIRS:

    PLEASE TAKE NOTICE, that Defendant, Jaldhi Overseas Pte Ltd., by its attorneys Law Offices of Rahul Wanchoo, will move this Court, before the Honorable Judge Rakoff, United States District Court Judge, at the United States Courthouse for the Southern District of New York, on Friday, June 13, 2008 at 4:00 p.m., which is the time established by the Court, for an Order vacating or modifying the Ex Parte Order of Maritime Attachment obtained by the Plaintiff and for an Order for counter-security for Defendant's counterclaim, together with such other, further and different relief as the Court may deem just and proper.

    PLEASE TAKE FURTHER NOTICE that, as agreed by all appearing counsel, opposing papers, if any, must be served so as to be received by Defendant's counsel no later than May 28, 2008, and that reply papers, if any, must be served so as to be received by Plaintiff no later than June 2, 2008.

Dated: New York, New York
       May 22, 2008

                                              LAW OFFICES OF RAHUL WANCHOO
                                              Attorneys for Defendant
                                              Jaldhi Overseas Pte Ltd.

                                              _____
                                              Rahul Wanchoo (RW-8725)

## CERTIFICATION

Rahul Wanchoo, an attorney admitted to practice before this Honorable Court, certifies that on this 22nd day of May, 2008, a copy of the foregoing Notice of Motion was served via email to the following counsel of record.

BLANK ROME LLP
Attorneys for The Shipping Corporation
of India Limited
405 Lexington Avenue
New York, NY 10174

Attn:   Jeremy J.O. Harwood, Esq.

_____
RAHUL WANCHOO