**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (201) 882-0303
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE SHIPPING CORPORATION OF INDIA LTD.

            Plaintiff,

- against -

JALDHI OVERSEAS PTE LTD.,

            Defendant.

-------------------------------------------------------------X

ECF CASE

08 Civ 4328 (JSR)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JALDHI OVERSEAS PTE LTD. represents to this Honorable Court that said Defendant has the following corporate parent and any publicly held corporation that owns 10% or more of its stock.

            NIL

Dated: New York, New York
       June 1, 2008

            **LAW OFFICES OF RAHUL WANCHOO**
            Attorneys for Defendant

            By: _/s/ Rahul Wanchoo_
                  Rahul Wanchoo (RW-8725)